UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERUM SHIRAZI,

                          Plaintiff,

-v-

CITIBANK, N.A., LVNV FUNDING, LLC, *and*
RESURGENT CAPITAL SERVICES, L.P.

                          Defendants.

25 Civ. 2992

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of defendant Citibank, N.A.'s ("Citibank") motion to compel arbitration. Dkt. 25. Plaintiff's opposition is due September 24, 2025. Citibank's reply, if any, is due October 1, 2025.

SO ORDERED.

                                      *Paul A. Engelmayer*
                                  PAUL A. ENGELMAYER
                                  United States District Judge

Dated: September 17, 2025
       New York, New York