# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Lauren N. Brown
Tel: 646.346.8042
Fax: 212.223.1942
BrownLN@ballardspahr.com

September 30, 2025

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Erum Shirazi v. Citibank, N.A., et al.* Case No. 1:25-cv-02992-PAE (S.D.N.Y.)

Dear Judge Engelmayer:

  My firm represents Defendant Citibank, N.A. ("Citibank") in the above-referenced matter. Citibank writes to request a stay of discovery ***as to Citibank only*** while its motion to compel arbitration (Doc. 25) is pending.

  The parties' discovery deadline is October 30, 2025, and Citibank respectfully requests a stay of discovery as to Citibank only through and until its motion to compel arbitration is decided. Citibank filed a motion to compel arbitration on September 10, 2025 that has not been decided, and the fact discovery deadline is only 30 days away. Citibank could be prejudiced by moving forward with discovery before its motion to compel arbitration is decided. This is Citibank's first request for a stay of discovery, and Plaintiff's counsel has consented to the proposed stay of discovery as to Citibank only. This request may impact the November 4, 2025 settlement conference and the December 15, 2025 expert discovery deadline. The parties suggest that those deadlines be stayed as to Citibank only as well.

  Thank you in advance for your consideration of this request.

Respectfully submitted,

*/s/ Lauren N. Brown*

Lauren N. Brown

cc: Counsel of Record, via cm/ecf filing

#4916-5162-3022 v1

GRANTED.

For avoidance of doubt, as to defendants other than Citibank, N.A., all deadlines and conference dates remain in effect.

SO ORDERED.

Date: October 2, 2025
      New York, New York

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge