UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERUM SHIRAZI,

                                   Plaintiff,

-v-

CITIBANK, N.A., LVNV FUNDING, LLC, *and*
RESURGENT CAPITAL SERVICES, L.P.

                                  Defendants.

25 Civ. 2992

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of the motion to compel arbitration by defendants LVNV Funding, LLC and Resurgent Capital Services, L.P. (collectively, "LVNV and Resurgent"). Dkts. 33–34. Plaintiff's opposition is due November 3, 2025. LVNV and Resurgent's reply, if any, is due November 10, 2025.

SO ORDERED.

                                                       *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: October 20, 2025
         New York, New York