# J·ROBBIN LAW

200 Business Park Drive
Suite 103
Armonk, NY 10504

Phone:   (914)685-5017
Email:   Jacquelyn.dicicco@jrobbinlaw.com

October 21, 2025

**Sent Via eCourts**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Shirazi v. Citibank, et al.*
              Case No.: **1:25-cv-02992-PAE**
              **Request to Stay Discovery**

Dear Judge Engelmayer:

We represent Defendants, LVNV Funding LLC ("LVNV") and Resurgent Capital Services L.P. ("Resurgent") (together, "Defendants"), in the above-referenced matter. Defendants request a stay of discovery while its Motion to Compel Arbitration [ECF Doc. Nos. 33-34] is pending.

On October 20, 2025, Defendants filed a Motion to Compel Arbitration. [ECF Doc. Nos. 33-34]. The parties' discovery deadline is October 30, 2025 and Defendants respectfully request a stay of discovery through and until its Motion to Compel Arbitration is decided. Defendants could be prejudiced by moving forward with discovery before its Motion to Compel Arbitration is decided.

This is Defendants' first request for a stay of discovery and Plaintiff's Counsel has consented to the request to stay discovery. This request may impact the November 4, 2025 settlement conference and the December 15, 2025 discovery deadline. Defendants, therefore, request that these deadlines be stayed, as well.

Should the Court require any additional information, please do not hesitate to contact me.

                              Respectfully submitted,
                              /s/ *Jacquelyn A. DiCicco*
                              Jacquelyn A. DiCicco

GRANTED.

In light of the pending motion to compel arbitration by defendants LVNV Funding LLC and Resurgent Capital Services L.P., and with plaintiff's consent, the Court stays, as to these parties, the respective deadlines of October 30, 2025 and December 15, 2025 to complete fact and expert discovery, and adjourns the November 4, 2025 settlement conference.

SO ORDERED.

Date: October 29, 2025
      New York, New York

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge