UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERUM SHIRAZI,

                              Plaintiff,

                    -v-

CITIBANK, N.A. *et al.*,

                              Defendants.

25 Civ. 2992 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

In light of defendants' motions to compel arbitration and the Court's stay of discovery while those motions are pending, *see* Dkts. 31, 38, the January 16, 2026 case management conference is hereby adjourned *sine die*, pending resolution of those motions.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 9, 2026
       New York, New York