UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERUM SHIRAZI,

                              Plaintiff,

                    -v-

CITIBANK, N.A. *et al.*,

                              Defendants.

25 Civ. 2992 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Defendants Citibank, N.A., LVNV Funding, LLC, and Resurgent Capital Services, L.P. (collectively, "defendants") have moved to compel arbitration in this case. After careful review of the parties' submissions and the case law, the Court has determined that it cannot resolve those motions without further factual development as to the (1) Citi Diamond Preferred Mastercard credit card account (ending -9121) and (2) Best Buy credit card account (ending -4794) (collectively, the "disputed accounts"). A decision will follow explaining the bases for this determination.

To enable the forward progress of this case, the Court directs the parties forthwith to undertake expedited discovery as to the disputed accounts. The discovery is to be directed to the issue of whether, as to those accounts, plaintiff Erum Shirazi is bound by the account agreements containing arbitration provisions, as defendants posit, or whether these agreements were entered into by other person(s) using her name, as plaintiff posits. Without limiting areas of discovery that the parties may wish to probe, the Court has identified the following facts as potentially germane:

- Whether Shirazi resided at, or was associated with, the addresses to which account correspondence (including relating to account opening and period account statements) were sent;

- The means by which payments for the disputed accounts were made (*e.g.*, checks or wire transfers from a bank account) and whether these trace back to Shirazi or any person or entity associated with her; and

- Whether Shirazi was or can be associated with any of the purchases reflected in the periodic billing statements for the disputed accounts.

By Friday, February 20, 2026, the Court directs the parties to file a proposed amended case management plan ("CMP") setting out a schedule for expedited discovery and summary judgment briefing. The proposed CMP should provide for the close of discovery by March 20, 2026, and the completion of summary judgment briefing by April 17, 2026.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: February 18, 2026
        New York, New York