**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERUM SHIRAZI,<br><br>                 Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br>Serve:  Any Officer<br>         388 Greenwich Street<br>         New York,  NY 10013<br><br>LVNV FUNDING, LLC,<br>Serve: Corporation Service Company, Reg. Agent<br>         80 State Street<br>         Albany, NY 12207<br><br>and<br><br>RESURGENT CAPITAL SERVICES, L.P.<br>Serve: Corporation Service Company, Reg. Agent<br>         80 State Street<br>         Albany, NY 12207<br><br>               Defendants. | Case No.: 1:25-cv-02992-PAE<br><br><br>Hon. Paul A. Engelmayer, U.S.D.J.<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, Defendants, LVNV Funding, LLC ("LVNV") and Resurgent Capital Services, L.P. ("Resurgent") (together, "Defendants"), will move before the Honorable Paul A. Engelmayer, U.S.D.J. at a date and time to be determined by the Court for an Order: (1) compelling arbitration under the terms of a valid, binding, and operative arbitration agreement; and (2) granting such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE,** in support of Defendants' Motion, Defendants rely on the attached Brief executed by Jonathan Robbin, Esq. of J. Robbin Law and attached

1

Declaration executed by Jonathan Robbin, Esq. of J. Robbin Law, together with the supporting

Exhibits.   A proposed form Order is also enclosed.

       **PLEASE TAKE FURTHER NOTICE**, that answering papers and cross-motions, if any,

shall be served so that they are received by the undersigned at least 7 days after service of the

Motion pursuant to L. Civ. Rule 7(b)(2)(B).

Dated:  Armonk, New York
       May 26, 2026

                     Respectfully submitted,

                     **J. ROBBIN LAW**

                     */s/ Jonathan M. Robbin*
                     Jonathan M. Robbin
                     200 Business Park Drive, Suite 103
                     Armonk, New York 10504
                     914-685-5017
                     Jonathan.robbin@jrobbinlaw.com