**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERUM SHIRAZI,  ) | Case No.: 1:25-cv-02992-PAE |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | |
| ) | |
| CITIBANK, N.A.,  ) | |
| Serve:  Any Officer  ) | **SUPPLEMENTAL** |
| 388 Greenwich Street  ) | **DECLARATION IN SUPPORT** |
| New York,  NY 10013  ) | **OF DEFENDANTS, LVNV** |
| ) | **FUNDING, LLC AND** |
| LVNV FUNDING, LLC,  ) | **RESURGENT CAPITAL** |
| Serve:  Corporation Service Company, Reg. Agent  ) | **SERVICES, L.P.'S, MOTION TO** |
| 80 State Street  ) | **COMPEL ARBITRATION** |
| Albany, NY 12207  ) | |
| ) | |
| and  ) | |
| ) | |
| RESURGENT CAPITAL SERVICES, L.P.  ) | |
| Serve:  Corporation Service Company, Reg. Agent  ) | |
| 80 State Street  ) | |
| Albany, NY 12207  ) | |
| ) | |
| Defendants.  ) | |

**JONATHAN ROBBIN,** pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury as follows.

1.      I am a Partner at J. Robbin Law, attorneys for Defendants, LVNV Funding LLC ("LVNV") and Resurgent Capital Services, L.P. ("Resurgent") (together, "Defendants"), and submit this Supplemental Declaration in support of Defendants'' Motion seeking an Order:  (1) compelling arbitration under the terms of a valid, binding, and operative arbitration agreement; and (2) granting such other and further relief as this Court may deem just and proper ("Motion").

2.      I submit this Supplemental Declaration to add additional exhibits that were inadvertently excluded from my earlier Declaration and are part of the Rule 56.1 Statement.

1

3.      As set forth in my Declaration, Plaintiff was deposed on April 29, 2026.  Robbin Decl. ¶ 18, Exhibit M.  Annexed hereto as **Exhibit N**, **Exhibit O,** and **Exhibit P** are true and correct copies of additional relevant excerpts from the Deposition Transcript.

Dated: Armonk, New York
           May 28, 2026

/s/ Jonathan Robbin_____
**Jonathan Robbin**

2