**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ERUM SHIRAZI,
          Plaintiff,
v.
CITIBANK, N.A., *et al.*,
          Defendants.

Case No. 1:25-cv-02992-PAE

## DECLARATION OF CRAIG C. MARCHIANDO

I, Craig C. Marchiando, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. I am an attorney admitted to practice before this Court and am counsel of record for Plaintiff Erum Shirazi in the above-captioned matter. I am a member in good standing of the Bar of the State of New York. I have personal knowledge of the facts set forth in this Declaration and, if called upon to do so, could and would testify competently thereto.

2. I submit this Declaration in support of Plaintiff's Statement of Undisputed Facts in Opposition to Defendants LVNV Funding LLC and Resurgent Capital Services, L.P.'s Renewed Motion to Compel Arbitration, and to authenticate the exhibits submitted therewith.

3. Attached as **Exhibit 1** is a true and correct copy of relevant excerpts of the transcript of the deposition of Plaintiff Erum Shirazi taken in this matter.

4. Attached as **Exhibit 2** is a true and correct copy of relevant excerpts of the transcript of the deposition of Patricia Sexton, the Rule 30(b)(6) designee of Defendants LVNV Funding LLC and Resurgent Capital Services, L.P., taken in this matter.

5. Attached as **Exhibit 3** is a true and correct copy of relevant excerpts of the transcript of the deposition of Steven Sabo, the Rule 30(b)(6) designee of Defendant Citibank, N.A., taken in this matter.

6.      Attached as **Exhibit 4** is a true and correct copy of a 2021 police report produced by Plaintiff in this litigation, bearing Bates number Plaintiff_Shirazi_000010.

7.      Attached as **Exhibit 5** is a true and correct copy of a 2021 police report produced by Plaintiff in this litigation, bearing Bates numbers Plaintiff_Shirazi_000011–000013.

8.      Each of the foregoing exhibits is a true and correct copy of the document it purports to be.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of June, 2026, at Newport News, Virginia.

_____*/s/ Craig C. Marchiando*_____
Craig C. Marchiando
NY Bar No. 1024495
**CONSUMER LITIGATION**
**ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(757) 930-3660 Telephone
(757) 930-3662 Facsimile
Email: craig@clalegal.com

*Counsel for Plaintiff*
